UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LUCERO LOPEZ (A-Number: 092-170-888),<br>Petitioner,<br>v.<br>WARDEN, Golden State Annex, et al.,<br>Respondents. | No. 1:26-cv-02769-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO PROVIDE PETITIONER WITH A BOND HEARING, TERMINATING PENDING MOTIONS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 14 |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 6, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition on the construed due process claim challenging petitioner's re-detention and ordering respondents to provide petitioner with a bond hearing. Doc. 14. The findings and recommendations were served upon the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. On August 18, 2026, respondents filed objections stating that they objected for the reasons stated in their answer to the petition. Doc. 15.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de

novo review of the case. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on August 6, 2026, Doc. 14, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED on the construed due process claim challenging petitioner's re-detention.
3. Respondents are ORDERED to provide petitioner Miguel Lucero Lopez (A-Number: 092-170-888) with a bond hearing before a neutral decisionmaker within fourteen (14) days of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand. At that bond hearing, it is respondents' burden to demonstrate that petitioner is a flight risk or danger to the community by clear and convincing evidence. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond.
4. The Clerk of Court is directed to serve Golden State Annex with a copy of this Order.
5. The Clerk of Court is directed to terminate all remaining pending motions as moot, close this case, and enter judgment for petitioner.

IT IS SO ORDERED.

Dated: August 25, 2026

UNITED STATES DISTRICT JUDGE